Thomas A. Ped, OSB # 953767
tped@williamskastner.com
Todd W. Blischke, WSB # 42474
*Admitted Pro Hac Vice*
tblischke@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Phone: (503) 228-7967
Fax: (503) 222-7261
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TODD AND JESSICA BLISCHKE; WARREN AND CHERYL HOLT; DERRICK AND MICHELLE JOHNSON; THOMAS AND MARIA LAMPROS; and DANNIE AND LANETTE RASMUSSEN, <br><br> Plaintiffs, <br><br> v. <br><br> TUMALO IRRIGATION DISTRICT; and DESCHUTES COUNTY, <br><br> Defendants. | Case No. 6:15-CV-01555-AA <br><br> [~~PROPOSED~~] ORDER FOR PLAINTIFFS TO AMEND THEIR COMPLAINT |

This matter having come before the Court on the parties' Stipulation for Plaintiffs to Amend their Complaint ("Stipulation"), and the Court having reviewed the Stipulation and the

Page 1 - [PROPOSED] ORDER FOR PLAINTIFFS TO AMEND THEIR COMPLAINT

Williams, Kastner & Gibbs PLLC
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204
Telephone: (503) 228-7967• Fax (503) 222-7261

5629458.1

pleadings on file, it is now therefore ORDERED that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs may file their First Amended Complaint and are to do so within ten (10) days of this Order.

DATED this 10th day of December, 2015.

_____
Honorable Ann Aiken

Presented by:

/s/ Thomas A. Ped
Thomas A. Ped, OSB # 953767
Todd W. Blischke, *Admitted Pro Hac Vice*
WILLIAMS, KASTNER & GIBBS PLLC
(503) 228-7967
*Attorneys for Plaintiffs*

/s/ Luke W. Reese
Luke W. Reese, OSB # 076129
GARRET HEMANN ROBERTSON P.C.
(503) 581-1501
lreese@ghrlawyers.com
*Attorneys for Defendant Tumalo Irrigation District*

/s/ John E. Laherty
John E. Laherty, OSB #036084
Deschutes County Legal Counsel
(541) 330-4645
john.laherty@deschutes.org
*Attorneys for Defendant Deschutes County*

Page 2 - [PROPOSED] ORDER FOR PLAINTIFFS TO AMEND THEIR COMPLAINT

**Williams, Kastner & Gibbs PLLC**
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204
Telephone: (503) 228-7967• Fax (503) 222-7261

5629458.1