# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

TODD and JESSICA BLISCHKE;
WARREN and CHERYL HOLT;
DERRICK and MICHELLE JOHNSON;
THOMAS and MARIA LAMPROS; and
DANNIE and LANETTE RASMUSSEN,

                    **Plaintiffs,**

      v.                                  Civil No.6:15-cv-01555-AA

TUMALO IRRIGATION DISTRICT and
DESCHUTES COUNTY,

                    **Defendants.**

## JUDGMENT

Pursuant to the OPINION AND ORDER signed on June 27, 2016, this action is dismissed and remanded to state court for further proceedings consistent with that OPINION AND ORDER.

Dated this 27th day of June 2016.

*/s/ Ann Aiken*

Ann Aiken
United States District Judge

**JUDGMENT**